

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2013

**BY HAND**                    **PLEASE FILE UNDER SEAL**

Honorable Henry B. Pitman
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: <u>**United States v. Jose Alvarez-Vasquez,**</u>
           **10 Cr. 984**

Dear Judge Pitman:

      The above-referenced Indictment, which charges defendant Jose Alvarez-Vasquez with a narcotics importation conspiracy, was returned by a grand jury on October 20, 2010, and remains under seal. The Government intends to submit requests for the extradition of Jose Alvarez-Vasquez to the Government of Mexico. Accordingly, the Government respectfully requests that the Court enter an Order, in the form proposed below, unsealing the charges in the Indictment against the defendant for the limited purpose of permitting the Government to share the fact of the Indictment and Arrest Warrant with foreign law enforcement authorities in Mexico, and to permit the Government to obtain certified copies of the original Indictment and Arrest Warrant to provide to to foreign law enforcement authorities in connection with an extradition package. The Government respectfully requests that the Indictment and Arrest Warrant remain sealed in all other respects.

June 13, 2013
Page 2 of 2

Finally, because this letter discusses matters relating to an ongoing investigation, the Government respectfully requests that this letter be filed under seal. For the Court's convenience, the Government has set forth at the foot of this letter a proposed Order granting the relief requested herein.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Aimee Hector
Assistant United States Attorney
(212) 637-2203

For the reasons set forth above, IT IS, on this __ day of June, 2013,

ORDERED, that Superseding Indictment 10 Cr. 984, be and hereby is unsealed, only to the extent that the Government may inform foreign law enforcement authorities about the existence and nature of the charges in order to facilitate the defendant's extradition to the United States;

IT IS FURTHER ORDERED, that the Government may obtain certified copies of the Indictment and Arrest Warrant that can be provided to foreign law enforcement authorities to facilitate the defendant's extradition to the United States; and it is further

ORDERED, that this Order, and the accompanying letter of the Government, are hereby sealed and shall remain so until further Order of this Court.

Dated: New York, New York
       June 14, 2013

_____
HONORABLE HENRY B. PITMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK