

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 24, 2026

**By ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Status Conference previously set for March 27, 2026 is rescheduled to May 13, 2026 at 12:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on consent, excludes time from March 24, 2026 until May 13, 2026 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in that the time will allow parties to continue to discuss a potential pretrial resolution of the case.

Re:    *United States v. Alvarez-Vasquez*, 10 Cr. 984 (LJL)   3/24/2026   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Dear Judge Liman:

The Government respectfully submits this letter jointly on behalf of the parties to request a 45-day adjournment of the status conference currently scheduled for March 27, 2026 for the reasons explained below.

The parties have been engaged in discussions regarding a potential pretrial resolution of the case and require more time to allow those discussions to continue.  This is the first such request for an adjournment of a pretrial conference.

Finally, the Government respectfully requests, with defense counsel's consent, that the time between March 27, 2026, and the next status conference, to be scheduled on a date convenient for the Court, be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), upon consideration of the interests of the public and the defendant in a speedy trial, in order to allow the parties time to continue to discuss a pretrial resolution of the case.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:____/s/_____
Kaylan E. Lasky
Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2315 / 1587

cc:    Christopher Wright, Esq. (by ECF)
Virginia Alvarez, Esq. (by ECF)