

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 8, 2026

<span style="color:blue">REQUEST GRANTED.
The Status Conference previously set for May 13, 2026 is rescheduled to June 30, 2026 at 12:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
The Court, on consent, excludes time from May 11, 2026 until June 30, 2026 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in that the time will allow parties to continue to discuss a potential pretrial resolution of the case.</span>

**By ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

5/11/2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    *United States v. Alvarez-Vasquez*, 10 Cr. 984 (LJL)

Dear Judge Liman:

The Government respectfully submits this letter jointly on behalf of the parties to request a 45-day adjournment of the status conference currently scheduled for May 13, 2026 for the reasons explained below.

As the parties' March 24, 2026 joint letter motion informed the Court, the parties have been engaged in discussions regarding a potential pretrial resolution of the case and require more time to allow those discussions to continue. The parties respectfully request a 45-day adjournment of the next status conference to allow such efforts to continue, at which point the parties expect to have a more meaningful update as to how they intend to proceed in the case. This is the second such request by the parties.

Finally, the Government respectfully requests, with defense counsel's consent, that the time between May 13, 2026, and the next status conference, to be scheduled on a date convenient for the Court, be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), upon consideration of the interests of the public and the defendant in a speedy trial, in order to allow the parties further time to continue to continue to work towards a pretrial resolution of the case.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/
Kaylan E. Lasky
Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2315 / 1587

cc:    Christopher Wright, Esq. (by ECF)
Virginia Alvarez, Esq. (by ECF)