**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 27, 2026

REQUEST GRANTED.
The Status Conference previously set for September 1, 2026 is rescheduled to November 4, 2026 at 12:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on consent, excludes time from August 28, 2026 until November 4, 2026 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in that the time will allow parties to continue to work towards a potential pretrial resolution of the case.

8/28/2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**By ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Alvarez-Vasquez*, 10 Cr. 984 (LJL)**

Dear Judge Liman:

The Government respectfully submits this letter jointly on behalf of the parties to request a 60-day adjournment of the status conference currently scheduled for September 1, 2026 for the reasons explained below.

As the parties' March 24, May 8, and June 26, 2026 joint letter motions informed the Court, the parties have been engaged in discussions regarding a potential pretrial resolution of the case and require more time to allow those discussions to continue. The parties respectfully request a 60-day adjournment of the next status conference to allow such efforts to continue, at which point the parties expect to have a more meaningful update as to how they intend to proceed in the case. This is the fourth such request by the parties.

Finally, the Government respectfully requests, with defense counsel's consent, that the time between September 1, 2026, and the next status conference, to be scheduled on a date convenient for the Court, be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), upon consideration of the interests of the public and the defendant in a speedy trial, in order to allow the parties further time to continue to work towards a pretrial resolution of the case.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Kaylan E. Lasky
Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2315 / 1587

cc: Christopher Wright, Esq. (by ECF)
Virginia Alvarez, Esq. (by ECF)