**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 3, 2026[1]

**By ECF/E-Mail**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Alvarez-Vasquez*, 10 Cr. 984 (LJL)**

Dear Judge Liman:

The Government respectfully submits this letter jointly on behalf of the parties to request a 90-day adjournment of the status conference currently scheduled for November 4, 2026 for the reasons explained below.

As the parties' prior letter motions informed the Court, the parties have been engaged in discussions regarding a potential pretrial resolution of the case and require more time to allow those discussions to continue. The parties respectfully request a 90-day adjournment of the next status conference to allow such efforts to continue. In addition, defense counsel Christopher Wright has advised the Government that he begins an anticipated six-week trial before the Honorable LaShann DeArcy Hall in the Eastern District of New York.

Finally, the Government respectfully requests, with defense counsel's consent, that the time between November 4, 2026, and the next status conference, to be scheduled on a date convenient for the Court, be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), upon consideration of the interests of the public and the defendant in a speedy

(continued on next page)

[1] Undersigned counsel had filed a copy of this letter via ECF on November 2, 2026 and sent the Court a copy via email. The Court's deputy kindly alerted counsel today that the ECF filing appeared to have not gone through as no letter posted to the docket. Counsel apologizes for the error.

trial, in order to allow the parties further time to continue to work towards a pretrial resolution of the case.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Kaylan E. Lasky / Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-2315 / 1587

cc: Christopher Wright, Esq. (by ECF & e-mail)
Virginia Alvarez, Esq. (by ECF & e-mail)